UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
OSTANE,

                Plaintiff(s),

     -against-

FISCHER,

                Defendant(s).
-------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

13 civ 7927 (JGK)

To All Parties,

You are directed to appear for a pretrial conference, to be held on **Wednesday, January 15, 2014,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

*Don Fletcher*
Courtroom Case Manager

Dated: New York, New York
November 18, 2013

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2013
```