

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2014

(212) 416-6295

February 10, 2014

*VIA ECF*
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*ADJOURNED TO TUESDAY,
MARCH 25, 2014 AT 4:30PM
SO ORDERED
2/11/14   [signed] /s/ JGK
              USDJ*

Re: Ostane v. Fischer, et al., 13 Civ. 7927 (JGK)

Dear Judge Koeltl:

I represent defendants former Commissioner Brian Fischer, Superintendent Ada Perez, Captain Dale Long, Captain James Cavaleri, Deputy Superintendent Tracy O'Bryan, Sergeant Irving and Correction Officer E. Ray, in the above-referenced action. Pursuant to the Court's January 13, 2014 order, an initial conference is scheduled for February 11, 2014 and defendants must move or answer by February 13, 2014.

Based on my conversation with Your Honor's chambers on Friday, February 7, 2014, I am writing to respectfully request that the initial conference be adjourned to March 25, 2014 at 4:30 p.m. in order to enable the parties to work out a possible settlement in this case. It is also respectfully requested that defendants' time to submit answering papers to the complaint, in the event a settlement cannot be reached, be adjourned to March 27, 2014. This is the second request for an extension of time in this case. I have spoken to plaintiff's counsel, Mr. Paul Hale, who consents to this request.

Respectfully submitted,

/s/ *Maria B. Hartofilis*

Maria B. Hartofilis
Assistant Attorney General

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV