UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEVEN OSTANE,
                        Plaintiff,

                13 civ 7927 (JGK)

       -against-

COMMISSIONER BRIAN FISCHER, et al.,
                        Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/13/14

## ORDER

The conference scheduled for Wednesday, May 14, 2014 at 4:30pm is hereby **advanced** to **2:30pm the same day.**

**SO ORDERED.**

*/s/ John G. Koeltl*
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         May 12, 2014