UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

STEVEN OSTANE,

                               Plaintiff,

           - against –

COMMISSIONER FISCHER, ET AL.,

                              Defendants.
------------------------------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/14

13 Civ. 7927 (JGK) (HBP)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

**JOHN G. KOELTL, District Judge:**

       The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute.*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:_____

**X** Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose._____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

All such motions: \_\_\_

**SO ORDERED**

DATED:    New York, New York
              July 7, 2014

/s/ John G. Koeltl
John G. Koeltl
United States District Judge
7/8/14

\* Do not check if already referred for general pretrial