```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
STEPHEN OSTANE,                    :

                 Plaintiff,        :    13 Civ. 7927 (JGK)(HBP)

     -against-                     :    ORDER OF
                                        DISMISSAL
COMMISSIONER BRIAN FISCHER, New    :
York State Department of
Correctional Services (NYSDCS),    :
et al.,
                                   :
                 Defendants.
                                   :
-----------------------------------X
```

KOELTL, United States District Judge:

The parties having reported a settlement in this matter, it is hereby ORDERED that the matter be, and hereby is, dismissed with prejudice and without costs, provided that the matter may be reopened within sixty (60) days of the date of this Order for good cause shown.

Dated:  New York, New York
        September 27, 2014

                                        SO ORDERED

                                        /s/ John G. Koeltl
                                        JOHN G. KOELTL
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/29/14
            10/2/14